# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KALDREN LLC,

                Plaintiff,

v.

WOODWAY USA INC.,

                Defendant.

Case No. 17-CV-918-JPS

**ORDER**

On December 1, 2017, Plaintiff filed a notice of dismissal of this action with prejudice. (Docket #16). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge